| | |
|---|---|
| 1 | JOSEPH M. LOVRETOVICH, BAR NO. 73403 |
| | NICHOLAS W. SARRIS, BAR NO. 242011 |
| 2 | BROOKE C. BELLAH, BAR NO. 307398 |
| | MYTHILY SIVARAJAH, BAR NO. 252494 |
| 3 | JML LAW, APLC |
| | 5855 Topanga Canyon Blvd., Suite 300 |
| 4 | Woodland Hills, CA 91367 |
| | Telephone: 818.610.8800 |
| 5 | Facsimile: 818.610.3030 |
| | Email: jml@jmllaw.com |
| 6 | nsarris@jmllaw.com |
| | brooke@jmllaw.com |
| 7 | mythily@jmllaw.com |

Attorneys for Plaintiff
JOSEPH MCGINLEY

JOHN M. SKONBERG, Bar No. 69409
LISA LIN GARCIA, Bar No. 260582
ELIZABETH A. STONHAUS, Bar No. 286615
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: jskonberg@littler.com
   llgarcia@littler.com
   lstonhaus@littler.com

Attorneys for Defendants
FIS BROKERAGE & SECURITIES SERVICES, LLC
AND FIDELITY NATIONAL INFORMATION
SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MCGINLEY,<br><br>           Plaintiff,<br><br>     vs.<br><br>FIS BROKERAGE AND SECURITIES SERVICES, LLC, a Pennsylvania corporation; FIDELITY NATIONAL INFORMATION SERVICES, INC., a Georgia corporation; and DOES 1-50, inclusive,<br><br>           Defendants. | CASE NO.  3:18-CV-05093-WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>Ctrm.:     Courtroom 12 - 19th Floor<br>Judge:    Hon. William H. Alsup<br><br>Complaint Filed: June 12, 2018<br>FAC Filed: August 16, 2018<br>Trial Date: January 13, 2020 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

CASE NO. 3:18-CV-05093 WHA

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Joseph McGinley and Defendants FIS Brokerage & Securities Services, LLC and Fidelity National Information Services, Inc., by and through their respective attorneys of record, hereby stipulate to the dismissal of the entire above-captioned action, including all parties and all causes of action presented in the Complaint and the First Amended Complaint, with prejudice and with each party to bear his/its own costs and fees in connection with this action.

DATED: June 6, 2019

JOSEPH M. LOVRETOVICH
NICHOLAS W. SARRIS
BROOKE C. BELLAH
MYTHILY SIVARAJAH
JML LAW, APLC
Attorneys for Plaintiff
JOSEPH MCGINLEY

DATED: June 6, 2019

JOHN M. SKONBERG
LISA LIN GARCIA
ELIZABETH A. STONHAUS
LITTLER MENDELSON, P.C.
Attorneys for Defendants
FIS BROKERAGE & SECURITIES SERVICES, LLC AND FIDELITY NATIONAL INFORMATION SERVICES, INC.

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415 433 1940

2.   CASE NO. 3:18-CV-05093 WHA
STIPULATION FOR DISMISSAL WITH PREJUDICE

**[PROPOSED] ORDER**

The Parties having stipulated, IT IS HEREBY ORDERED that the entire above-entitled action is dismissed with prejudice. The Clerk shall close the file.

DATED: __June 8_____, 2019       _____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

FIRMWIDE:164187510.2 080293.1005